**Richard L. Stern Law, PLLC**

**To:**          Clerk of the United States Bankruptcy Court
**Subject:**    Guiseppe and Risa Giordano 20-71395-reg

**There is a pending litigation continuing in the Surrogate's Court of Suffolk County. Special counsel has been retained to prosecute that continuing litigation. That counsel has filed a notice of appeal regarding an application to strike objections as to undue influence and revocation. The issue is whether Mr. Giordano is entitled to estate proceeds which would constitute an asset of the bankruptcy estate from Mr. Giordano's deceased father's estate. Because of this lengthy prosecution, the bankruptcy estate must remain open until there is a final determination of the Surrogate court issues.**

Richard L. Stern, Chapter 7 Bankruptcy Trustee
38 New Street
Huntington New York 11743
rstern@rsternlaw.com
631-470-6265

1